# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

In re:

Jessica N. McCoy                                   Case No. 06-57637
                                                   Chapter 7
   Debtor(s)                                       Judge Preston


## NOTICE TO THE CLERK OF THE COURT
## SMALL UNCLAIMED FUNDS AND DIVIDENDS

   The attached check in the amount of $84.99 represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| CBCS<br>236 E. Town Street<br>Columbus, Ohio 43215 | 4 | $84.99 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
|  | $84.99 |

                                          /s/ *William Todd Drown*
Date: January 15, 2010                    William Todd Drown, Case Trustee


cc: U.S. Trustee